**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZIG ZAG HOLDINGS LLC, | No. C 13-2643 SI |
| Plaintiff, | **ORDER RESCHEDULING PRETRIAL CONFERENCE AND TRIAL** |
| v. | |
| GLEN K. HUBBARD, *et al.*, | |
| Defendants. | |

The pretrial conference is currently scheduled for June 24, 2014, and the trial is scheduled to begin July 7, 2014. Due to calendaring conflicts, the Court reschedules the pretrial conference and trial date as follows: the parties' pretrial paperwork is now due **July 8, 2014**, the pretrial conference shall be held on **July 22, 2014** at **3:30 p.m.**, and the trial shall begin on **July 28, 2014**.

**IT IS SO ORDERED.**

Dated: June 6, 2014

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE