IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZIG ZAG HOLDINGS LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>GLEN K. HUBBARD, *et al.*,<br><br>    Defendants.  / | No. C 13-2643 SI<br><br>**ORDER RESCHEDULING PRETRIAL CONFERENCE AND TRIAL AND REFERRING CASE TO MAGISTRATE JUDGE FOR MANDATORY SETTLEMENT CONFERENCE** |

The pretrial conference is currently scheduled for July 22, 2014, and the trial is scheduled to begin July 28, 2014. Due to calendaring conflicts, the Court reschedules the pretrial conference and trial date as follows: the parties' pretrial paperwork is now due **August 19, 2014**, the pretrial conference shall be held on **September 2, 2014** at **3:30 p.m.**, and the trial shall begin on **September 15, 2014**. This order moots the parties' stipulation at Docket No. 63.

This case is hereby REFERRED to a Magistrate Judge for a mandatory settlement conference to take place as soon as possible.

**IT IS SO ORDERED.**

Dated: July 9, 2014

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE