1  **GREGG W. KOECHLEIN, ESQ., SBN 115942**
2  581 Ridge Street
3  Reno, NV 89501
   Telephone: (775) 224-4700
4  Facsimile: (775) 622-9548
   Electronic Mail: synergsm@concentric.net
5
6  Attorney for Glen K. Hubbard, Glen
   Hubbard, Inc. dba Zig Zag Bail Bonds and
7  Lynn Simon dba Zig Zag Bail Bonds

8  **IAN F. BURNS, ESQ., SBN 187274**
   ATIP Law
9  4790 Caughlin Pkwy., #701
   Reno, NV 89519
10 Telephone: (775) 826-6160
   Facsimile: (775) 828-1651
11 Electronic Mail: iburns@ATIPLaw.com

12 Attorney for Zig Zag Holdings LLC

13
             **UNITED STATES DISTRICT COURT**
14
             **NORTHERN DISTRICT OF CALIFORNIA**
15

16 ZIG ZAG HOLDINGS LLC                    Case No. CV-13-02643-SI

17                                         **(~~PROPOSED~~ ORDER) RE:
                                           STIPULATED MOTION TO DISMISS
18                                         ALL CLAIMS AND COUNTERCLAIMS
                                           WITH PREJUDICE**
19
20              Plaintiff,

21       v.

22 GLEN K. HUBBARD, GLEN HUBBARD
   INC. d/b/a ZIG ZAG BAIL BONDS, LYNN
23 SIMON d/b/a ZIG ZAG BAIL BONDS and
   DOES 1-10, Inclusive,
24
25              Defendants.
   _____/
26

27 ////

28
                                     1
            Proposed Order Re:  Stipulated Motion to Dismiss - CV 13-02643-SI

GLEN K. HUBBARD, GLEN HUBBARD INC. d/b/a ZIG ZAG BAIL BONDS and LYNN SIMON d/b/a ZIG ZAG BAIL BONDS

    Cross Claimants,

 v.

ZIG ZAG HOLDINGS LLC

    Cross Defendant.

_____/

### (PROPOSED ORDER)

Upon consideration of the parties' Stipulated Motion to Dismiss all Claims and Counterclaims with Prejudice, it appears that there is good cause to Order the dismissal of Case No. 3:13-cv-02643-SI filed in this Court together, with all claims, counterclaims and causes of action alleged therein, with prejudice.

Accordingly, Case No. 3:13-cv-02643-SI filed in this Court, together with all claims, counterclaims and causes of action alleged therein, is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated: September __5__, 2014    _____
                  Honorable Susan Illston
                  District Court Judge

**CERTIFICATE OF SERVICE**

This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document and all supporting documents via e-mail per Local Rule. Any other counsel of record will be served by facsimile transmission and first class mail, return receipt requested.

Dated: September 4, 2014

/s/ Gregg W. Koechlein
GREGG W. KOECHLEIN
Attorney for Glen K. Hubbard, Glen Hubbard, Inc. dba Zig Zag Bail Bonds and Lynn Simon dba Zig Zag Bail Bonds


/s/ Ian F. Burns
IAN F. BURNS
Attorney for Zig Zag Holdings LLC