**GREGG W. KOECHLEIN, ESQ., SBN 115942**
581 Ridge Street
Reno, NV 89501
Telephone: (775) 224-4700
Facsimile: (775) 622-9548
Electronic Mail: synergsm@concentric.net

Attorney for Glen K. Hubbard, Glen
Hubbard, Inc. dba Zig Zag Bail Bonds,
Lynn Simon dba Zig Zag Bail Bonds and
Simon & Tollestrup, Inc. dba Zig Zag Bail Bonds

```
Judge, can he just file a withdrawal?
 Case was closed back in September.
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

ZIG ZAG HOLDINGS LLC

           Plaintiff,

   v.

GLEN K. HUBBARD, GLEN HUBBARD INC. d/b/a ZIG ZAG BAIL BONDS, LYNN SIMON d/b/a ZIG ZAG BAIL BONDS and DOES 1-10, Inclusive,

           Defendants.
_____/

GLEN K. HUBBARD, GLEN HUBBARD INC. d/b/a ZIG ZAG BAIL BONDS and LYNN SIMON d/b/a ZIG ZAG BAIL BONDS

           Cross Claimants,

   v.

ZIG ZAG HOLDINGS LLC

           Cross Defendant.
_____/

Case No. CV-13-02643-SI

**NOTICE OF WITHDRAWAL AS COUNSEL**

1
Notice of Withdrawal as Counsel- CV 13-02643-SI

Notice is hereby given that, as of the date hereof, Gregg W. Koechlein hereby withdraws as counsel for Defendants Glen K. Hubbard, Glen Hubbard, Inc dba Zig Zag Bail Bonds, Lynn Simon dba Zig Zag Bail Bonds and Simon & Tollestrup, Inc. dba Zig Zag Bail Bonds.

Dated:  March 13, 2015                         /s/   Gregg W. Koechlein
                                                              GREGG W. KOECHLEIN

**CERTIFICATE OF SERVICE**

This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document and all supporting documents via e-mail per Local Rule. Any other counsel of record will be served by facsimile transmission and first class mail, return receipt requested.

All Defendants / Cross Claimants are being served by first class mail sent postage prepaid to the following addresses.

Glen Hubbard, Inc.
76 San Pablo Ave, No. 200
San Rafael, CA 94903

Glen Hubbard
76 San Pablo Ave, No. 200
San Rafael, CA 94903

Lynn Simon
942 Wilmington Way
Redwood City, CA 94062

Simon & Tollestrup, Inc.
942 Wilmington Way
Redwood City, CA 94062

Dated: March 13, 2015


/s/ Gregg W. Koechlein
GREGG W. KOECHLEIN